**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Rd. Bld A, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
jenee@bankruptcy-lawnj.com

Order Filed on November 15, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Andres Gomez

Debtor(s)

Case No.      24-16110

Chapter:      13

Hearing Date:   November 14, 2024 @ 10:00 am

Judge: Hon. JKS

**ORDER GRANTING CHAPTER 13 FEES**
**12/18/23 thru 10/18/24**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: November 15, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:   2
Debtors: Andres Gomez
Case No. 24-16110/JKS
Caption:  Order Granting Pre-Confirmation Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Jenee Ciccarelli, Esq., is allowed a fee of $5,586.00 for services and

$414.24 for disbursements for a total of $6,000.24 less $2,000.00 previously received

leaving a balance due of $4,000.24.  The allowance shall be payable:


_____X_____        through the Chapter 13 plan as an administrative priority.


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion,

Marie-Ann Greenberg, Esq.,  Chapter 13 Trustee, shall pay this amount to the Movant before releasing

any monies to the Debtor.