**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Rd. Bld A, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
jenee@bankruptcy-lawnj.com

Order Filed on April 3, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

       Andres Gomez


                    Debtor(s)

Case No.      24-16110

Chapter:      13

Hearing Date:   N/A

Judge: Hon. JKS

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**
**10/21/24 thru 3/21/25**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: April 3, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Page:   2
Debtors: Andres Gomez
Case No. 24-16110/JKS
Caption:  Order Granting Supplemental Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Jenee Ciccarelli, Esq., is allowed a total fee of $948.00 for services.

The allowance shall be payable:

_____X_____        through the Chapter 13 plan as an administrative priority.

_____        outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion,

Marie-Ann Greenberg, Esq.,  Chapter 13 Trustee, shall pay this amount to the Movant before releasing

any monies to the Debtor.